## UNITED STATES of America v. Finis E. RAYHILL.

### No. 1499.

Circuit Court of Appeals, Tenth Circuit.

Nov. 9, 1936.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Goldman & Daley, of Kansas City, Mo., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

## UNITED STATES of America, Appellant, v. Mary E. RICE, Administratrix of Estate of Wm. H. Rice, Deceased, and Hattie M. Rice, Appellees.

### No. 7127.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1937.

William McClanahan, U. S. Atty., of Memphis, Tenn.

A. W. Wilde and H. C. Murchison, both of Jackson, Tenn., for appellees.

Before MOORMAN, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there was sufficient evidence to submit to the jury the question as to whether the appellees' decedent became permanently and totally disabled during the life of the policy sued on, and it not appearing that the court committed any error prejudicial to the appellant in its charge to the jury,

It is ordered that the judgment be affirmed.

---

## UNITED STATES of America v. Walter A. ROSS.

### No. 1498.

Circuit Court of Appeals, Tenth Circuit.

Nov. 9, 1936.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Doran, Kline, Colmery & Cosgrove, of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant.

---

## The UNITED STATES of America, Plaintiff-Appellee, v. Mae SCHEIBLE and Joe Ryan, Defendants-Appellants. *

### No. 167.

Circuit Court of Appeals, Second Circuit.

Nov. 2, 1936.

Sanford H. Cohen, of New York City, for appellant Scheible.

Edward W. McDonald, of New York City (George Cohen, of New York City, on the brief), for appellant Ryan.

Lamar Hardy, U. S. Atty., of New York City (Seymour M. Klein, Asst. U. S. Atty., of New York City, of counsel; Robert L. Werner, Sp. Asst. to U. S. Atty., of New York City, on the brief), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgments affirmed.

*Writ of certiorari denied 57 S. Ct. 320, 81 L. Ed. ——.